UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIHAL ERKAN, on behalf of herself and all others similarly situated, | Case No: 1:24-cv-01044-RML |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| Twenty-Two Desserts, Inc., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Jericho, New York          New York, New York
          August 20, 2024            August 20, 2024


MARS KHAIMOV LAW, PLLC          Dentons US LLP

By: */s/ Mars Khaimov*           By: */s/ Rebecca A. Stark*
Mars Khaimov, Esq.               Rebecca A. Stark
100 Duffy Ave., Suite 510        1221 Avenue of the Americas
Hicksville, New York 11801       New York, New York 10022
mars@khaimovlaw.com              rebecca.stark@dentons.com
*Attorneys for Plaintiff*        *Attorneys for Defendant*