**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIHAL ERKAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>Twenty-Two Desserts, Inc.,<br><br>Defendant. | Case No: 1:24-cv-01044-RML<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York                    New York, New York
        August 20, 2024                       August 20, 2024

MARS KHAIMOV LAW, PLLC                       Dentons US LLP

By: */s/ Mars Khaimov*                        By: */s/ Rebecca A. Stark*
Mars Khaimov, Esq.                            Rebecca A. Stark
100 Duffy Ave., Suite 510                     1221 Avenue of the Americas
Hicksville, New York 11801                    New York, New York 10022
mars@khaimovlaw.com                           rebecca.stark@dentons.com
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

SO ORDERED.

                                              /s/
                                              _____
Dated: Brooklyn, NY                           Robert M. Levy
       8/22/24                                U.S. Magistrate Judge